**Order entered May 31, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00712-CV

### ROBERT WINSPEAR, Appellant

### V.

### COCA-COLA REFRESHMENTS, USA, INC. F/K/A
### COCA-COLA ENTERPRISES, INC., Appellee

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-01740-2012**

## ORDER

We **GRANT** appellant's May 23, 2013 motion for an extension of time to file its petition

for permission to appeal the interlocutory order on choice of law.

/s/      CAROLYN WRIGHT
         CHIEF JUSTICE